UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

TAIJAY TODD,

                Defendant.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-9-12
```

No. 12 Cr. 45 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    As stated on the record at the October 9, 2012 conference (the "conference"), the government shall file, no later than October 19, 2012, its response to Defendant Todd's pending motion to suppress. Also as stated at the conference, Defendant Todd waives his right to submit a written reply in advance of the oral argument scheduled for October 24, 2012.

    Lastly, and also as stated on the record at the conference, Defendant's counsel, Ellyn I. Bank, shall submit a letter to the Court, no later than October 16, 2012, indicating whether: (1) Defendant intends to proceed with a guilty plea in this matter; and (2) if he does not, whether Ms. Bank intends to renew her motion to withdraw as counsel in this matter.

SO ORDERED.

Dated:    October 9, 2012
            New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE