

Attorneys at Law

Trinity Centre
115 Broadway, 17th Floor
New York, NY 10006
Tel: (212) 566-1000
Fax: (212) 566-1068
email@sullivanbrill.com

**MEMO ENDORSED**

October 19, 2012

<u>Via Email</u>
Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-19-12
```

    Re:    *United States v. Taijay Todd*
           12 Cr. 45 (RJS)

Dear Judge Sullivan:

    As Your Honor knows, I was assigned to represent Mr. Todd on Wednesday, October 17, 2012. Since then, I have acquired the entire file from Mr. Todd's former attorney, Ellyn Bank, and have met with Mr. Todd on two occasions. I have also conferenced the matter with both Ms. Bank and the government. I am also aware Ms. Bank had previously filed motions on which argument and testimony is scheduled for Wednesday, October 24, 2012.

    Despite my attempts to get up to speed on the case, it is evident that I require more time to throughly prepare for the upcoming court appearance. It is therefore my respectful request that the court appearance be rescheduled to November 7, 2012 at 4:30. The government is aware of my application and although they have no objection to my request to reschedule the court date, they make their own request that their time to respond to Mr. Todd's motions be extended to October 31, 2012.

    Thank you for your attention to this application.

                              Respectfully submitted,

                              Sullivan & Brill, LLP

                              By: Steven Brill

cc:    AUSAs Michael Maimin and Jessica Masella, *via email*

The Court GRANTS the parties' respective requests as to Defendant Todd's motions only. Accordingly, IT IS HEREBY ORDERED that the government and Defendant Todd shall appear for oral argument and a hearing on Defendant's pending motions on November 7, 2012 at 4:30 p.m. IT IS FURTHER ORDERED that the government's time to respond to Defendant's motions be extended until October 31, 2012.

SO ORDERED
Dated: 10/19/12
RICHARD J. SULLIVAN
U.S.D.J.