# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL   212-763-0889
DIRECT EMAIL  shecker@kaplanhecker.com

November 8, 2019

**Via ECF**
Honorable Richard J. Sullivan
United States Circuit Judge
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/19

    Re:    *U.S. v. Taijay Todd, 12 Cr. 45 (RJS)*

Dear Judge Sullivan:

    On behalf of Defendant Taijay Todd, and with the consent of counsel for the government, Michael Maimin, I write to respectfully request a 45-day adjournment of Mr. Todd's re-sentencing hearing, currently scheduled for December 5, 2019 at 10:30 am.

    Mr. Todd requests this adjournment in order to provide counsel with adequate time to request and obtain records from the Bureau of Prisons, to consult with Mr. Todd—who has only just been transferred to the MDC—about his case, and to review the records from Mr. Todd's original sentencing. This is Mr. Todd's first request for an adjournment.

    Very truly yours,

    Sean Hecker

Enclosure text
cc: Michael Maimin, AUSA

IT IS HEREBY ORDERED THAT Defendant's sentencing is adjourned to January 20, 2020 at 3:00 p.m. in Courtroom 23B of the Daniel Patrick Moynihan United States Courthouse. IT IS FURTHER ORDERED THAT Defendant's sentencing submission shall be filed no later than January 6, 2020, and the government's sentencing submission shall be filed no later than January 13, 2020.

SO ORDERED.

Dated:    November 8, 2019
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation