# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL   212.763.0889
DIRECT EMAIL   shecker@kaplanhecker.com

January 3, 2020

**Via ECF**
Honorable Richard J. Sullivan
United States Circuit Judge
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/20

    Re:    U.S. v. Taijay Todd, 12 Cr. 45 (RJS)

Dear Judge Sullivan:

    On behalf of Defendant Taijay Todd, and with the consent of counsel for the government, Michael Maimin, I write to respectfully request a 30-day adjournment of Mr. Todd's re-sentencing hearing, currently scheduled for January 21, 2020 at 3:00 pm.

    Mr. Todd's counsel has been working diligently to prepare for Mr. Todd's upcoming resentencing, but still requires some additional time to consult with Mr. Todd about his sentencing submission and to finalize review of the records underlying Mr. Todd's case. This is Mr. Todd's second request for an adjournment.

    Very truly yours,

    *Sean Hecker*
    Sean Hecker

Enclosure text
cc: Michael Maimin, AUSA

IT IS HEREBY ORDERED THAT Defendant's re-sentencing proceeding is adjourned to February 25, 2020 at 3:00 p.m. in Courtroom 23B of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, 10007. IT IS FURTHER ORDERED THAT Defendant's submission shall be filed no later than February 11, 2020, and the government's submission shall be filed no later than February 18, 2020.

SO ORDERED
Dated: 1/3/20

RICHARD J. SULLIVAN
U.S.D.J.