UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

TAIJAY TODD,

                    Defendant.

ORDER OF RESTITUTION

S2 12-cr-45-4 (RJS)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/20

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT:

1. **Amount of Restitution.** TAIJAY TODD, the Defendant, shall pay restitution in the total amount of $7,900.00 to the victims of Count One of Indictment S2 12 Cr. 45 (RJS). The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

2. **Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter, specifically Fahd Hussain, Jermaine Dore, Dwayne Barrett, Shea Douglas, and Damian Cunningham. Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the Defendant and co-defendants in this matter.

3. **Sealing.** Consistent with 18 U.S.C. §§3771 (a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed

by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

This Order supersedes the Court's prior Order of Restitution in this matter, dated September 11, 2013, and any payments made pursuant to that prior order shall be credited to the restitution amount ordered herein.

SO ORDERED.

Dated: New York, New York
February 26, 2020

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation