UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

TAIJAY TODD,

Defendant.



No. 12 Cr. 45 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the government's request to maintain under seal an updated disciplinary record from the Bureau of Prisons for Defendant dated February 18, 2020. Such updates were previously filed as part of the supplemental presentence report to provide information regarding Defendant's post-sentencing conduct. Because the confidentiality of information submitted with internal presentence reports is important to fostering the free flow of relevant sentencing information to the Court, the Court concludes that the presumption in favor of open records has been overcome. *See United States v. Amodeo*, 71 F.3d 1044, 1048-51 (2d Cir. 1995). Accordingly, IT IS HEREBY ORDERED THAT Defendant's disciplinary record submitted in connection with the government's resentencing memorandum on February 18, 2020 shall be filed under seal.

SO ORDERED.

Dated: March 2, 2020
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation