UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

TAIJAY TODD,

               Defendant.



No. 12 Cr. 45 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of the attached letter from Defendant, which is dated March 6, 2020 but was received in chambers on March 20, 2020. IT IS HEREBY ORDERED THAT Defense Counsel shall contact Defendant as soon as possible and apprise him of the status of his notice of appeal in this matter, which was apparently filed on March 10, 2020 (Doc. No. 630).

SO ORDERED.

Dated:    March 20, 2020
             New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation

March 6, 2020

Good day,

I am writing about my sentencing that was held on Feb. 25th @ 3:30 p.m. in front of Honorable Richard J. Sullivan. I was represented by Sean Hecker.

I was sentenced to 20 years. I was told I had a certain amount of days for my lawyer to file a notice of appeal. However I am unable to get in contact with my attorney, and they have not reached out to me.

I am concerned and would like to know if a notice of appeal was signed on my behalf. I would also appreciate a copy of my (Re) sentencing minutes. Your time and assistance are immensely appreciated. Thank you and have a pleasant day.

Respectfully submitted,

*Taijay Todd*

Taijay Todd 55905-054
Docket No: S2 12-CR-45004 (RJS)