UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

TAIJAY TODD,

Defendant.

No. 12 Cr. 45 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of Defendant's emergency motion for bail pending appeal (ECF No. 640). IT IS HEREBY ORDERED THAT the government shall file a letter no later than April 21, 2020, setting forth its position on Defendant's motion.

SO ORDERED.

Dated: April 20, 2020
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation