UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAIJAY TODD, <br><br> Petitioner, <br><br> -v- <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | No. 16-cv-382 (RJS) |
| UNITED STATES OF AMERICA <br><br> -v- <br><br> TAIJAY TODD, <br><br> Defendant. | No. 12-cr-45-4 (RJS) <br><br> ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of Petitioner-Defendant Taijay Todd's March 14, 2022 motion for issuance of a certificate of appealability (Doc. No. 33) as to those issues on which the Court denied habeas relief in its February 26, 2020 order granting partial relief as to Todd's conviction under 18 U.S.C. § 924(c) (Doc No. 30).  Because Todd has not "made a substantial showing of the denial of a constitutional right" as to the grounds on which the Court denied habeas relief, 28 U.S.C. § 2253(c)(2), the Court will not issue a certificate of appealability, *see Love v. McCray*, 413 F.3d 192, 195 (2d Cir. 2005).  Accordingly, IT IS HEREBY ORDERED THAT Todd's motion for issuance of a certificate of appealability is DENIED.

SO ORDERED.

Dated:   March 28, 2022
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation